FILED
 2010 Nov-09 AM 09:26
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN ROUSSEAU**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **1:10-cv-00885-AKK-JEO** |
| | ) |
| **WARDEN JOHN RATHMAN,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report on October 13, 2010, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this 9th day of November , 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE